**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 10, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00366-CV
_____

**KERRY CARTER AND LETONIA JACKSON-CARTER, Appellants**

**V.**

**SCOTT PIERCE AND SHIOW-MINN PIERCE, Appellees**

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2009-24598**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed March 18, 2011. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants did not make arrangements to pay for the record.

On August 5, 2011, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellants paid or

made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellants have not provided this court with proof of payment for the record. On September 20, 2011, appellees moved to dismiss for want of prosecution. Appellants filed a response on October 12, 2011. The response fails to demonstrate appellants have paid or made arrangements to pay for the record.

Accordingly, appellees' motion is granted and the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Seymore, and Jamison.